UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 11-19428 |
| | ) | |
| CASTLE HOME BUILDERS, INC., *et al.* | ) | Jointly Administered |
| | ) | |
| Tax ID No. xx-xxx1614 | ) | Chapter 11 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

# Appendix 1

David M. Giangrossi (Illinois Bar No. 3124350)
Stephen J. Brown (Illinois Bar No. 6257366)
Michael J. Faley (Illinois Bar No. 6277443)
Schuyler, Roche & Crisham, P.C.
Legal Counsel to the Debtors
130 East Randolph Street, Suite 3800
Chicago, Illinois 60601
Tel:   (312) 565-2400
Fax:   (312) 565-8300
Attorney No. 47074

782726

Appendix 1:    List of Debtors' Pre-Petition Properties by Names, Claims and Role in Respective Plans

SRC Document 784943v2

Tammy Jo Long's ("TJL") Chapter 11 Case = 11-19484
Castle Home Builder's ("CHB") Chapter 11 Case=11-19428

| | Property Address | Name/ Nickname | Role in the Plans (If any) | Estimated Current Value (Non-binding initial estimate) | Related Mortgages, Mortgagees and Claims | To which Plan does the Property Relate? Who is the Title-Holder? Mortgagor? |
|---|---|---|---|---|---|---|
| 1 | 14 E. Taylor Street, Savannah, Georgia | The "Wedding Cake Mansion" or the "Cake" | Debtors' most important property both in the Plan and before the bankruptcy proceedings; will be retitled by CHB to the Managing LLC and operated by the Managing LLC<br><br>1 of the 7 Business Properties | $1,450,000 (per Ameris Settlement Agreement) | Only mortgage held by Ameris Bank, now merged into Ameris Settlement Agreement,<br><br>CHB Claim # 8;<br>TJL Claim # 9. | CHB's Plan<br><br>CHB is primary borrower/mortgagor and Title Holder<br><br>TJL is guarantor |
| 2 | 107 West Liberty Street, Savannah, Georgia | "Liberty" or "107 W. Liberty" | One of the four Insufficiently Profitable Properties; returned to Ameris per the Ameris Settlement Agreement | N/A | N/A | N/A |

1

Appendix 1:   List of Debtors' Pre-Petition Properties by Names, Claims and Role in Respective Plans

SRC Document 784943v2

Tammy Jo Long's ("TJL") Chapter 11 Case = 11-19484
Castle Home Builder's ("CHB") Chapter 11 Case=11-19428

| | Property Address | Name/Nickname | Role in the Plans (If any) | Estimated Current Value (Non-binding initial estimate) | Related Mortgages, Mortgagees and Claims | To which Plan does the Property Relate? Who is the Title-Holder? Mortgagor? |
|---|---|---|---|---|---|---|
| 3 | 209 W. Bolton Street, Savannah, Georgia | "Bolton" or "Forsyth Park Mansion" | One of the four Insufficiently Profitable Properties; returned to lender | N/A | N/A | N/A |
| 4 | 109 W. Jones Street, Savannah, Georgia | "Jones" | Will be operating by the Managing LLC; will be retitled by TJL to the Managing LLC<br><br>1 of the 7 Business Properties | $600,000 | Only mortgage held by BofA<br><br>TJL Claim # 6 | TJL's Plan<br><br>TJL is primary borrower/mortgagor and Title Holder<br><br>11-19484 |
| 5 | 54/56 Captain's View, Tybee Island, Georgia | "Captain's View" | Will be operated by the Managing LLC; will be retitled by TJL to the Managing LLC<br><br>1 of the 7 Business Properties | $400,000 | Primary mortgage held by BofA, See CHB Claim #2 (misfiled/wrong case)<br><br>HELOC mortgage held by BofA, See TJL Claim #2 | TJL's Plan<br><br>TJL is primary borrower/mortgagor and Title Holder<br><br>11-19484 |

2

Appendix 1:    List of Debtors' Pre-Petition Properties by Names, Claims and Role in Respective Plans

SRC Document 784943v2

Tammy Jo Long's ("TJL") Chapter 11 Case = 11-19484
Castle Home Builder's ("CHB") Chapter 11 Case=11-19428

| | Property Address | Name/ Nickname | Role in the Plans (If any) | Estimated Current Value (Non-binding initial estimate) | Related Mortgages, Mortgagees and Claims | To which Plan does the Property Relate? Who is the Title-Holder? Mortgagor? |
|---|---|---|---|---|---|---|
| 6 | 1 Third Street, Unit 4, Tybee Island, Georgia | "Oceanfront Oasis" | Will be operated by the Managing LLC; will be retitled by TJL to the Managing LLC

1 of the 7 Business Properties | $400,000 | Primary mortgage held by BofA, See TJL Claim # 7-1

HELOC mortgage held by BofA, See TJL Claim #5 | TJL's Plan

TJL is primary borrower/mortgagor and Title Holder

11-19484 |
| 7 | 815 The Pines, Hinsdale, Illinois | Tammy Jo Long's Personal Residence | This is the only asset that will remain titled to Tammy Jo Long. | $526,000 | Primary mortgage held by BofA, See TJL Claim # 10

HELOC mortgage held by COO, no claim filed | TJL's Plan

TJL is primary borrower/mortgagor and Title Holder

11-19484 |

3

**Appendix 1:**   List of Debtors' Pre-Petition Properties by Names, Claims and Role in Respective Plans

SRC Document 784943v2

Tammy Jo Long's ("TJL") Chapter 11 Case = 11-19484
Castle Home Builder's ("CHB") Chapter 11 Case=11-19428

| | Property Address | Name/ Nickname | Role in the Plans (If any) | Estimated Current Value (Non-binding initial estimate) | Related Mortgages, Mortgagees and Claims | To which Plan does the Property Relate? Who is the Title-Holder? Mortgagor? |
|---|---|---|---|---|---|---|
| 8 | #3, 17th Place, Unit **301**, Tybee Island, Georgia | "Ocean View Paradise" | Will be operated by the Managing LLC; will be retitled by TJL to the Managing LLC  1 of the 7 Business Properties | $205,000 | Primary mortgage held by Chase Bank, no claim filed  HELOC Mortgage held by Chase Bank, no claim filed | TJL's Plan  TJL is primary borrower/mortgagor and Title Holder  11-19484 |
| 9 | #3, 17th Place, Unit **302**, Tybee Island, Georgia | "Ocean View Retreat" | Will be operated by the Managing LLC; will be retitled by TJL to the Managing LLC  1 of the 7 Business Properties | $205,000 | Primary mortgage held by Chase Bank, See TJL Claim # 12  HELOC mortgage held by Chase Bank, no claim filed | TJL's Plan  TJL is primary borrower/mortgagor and Title Holder  11-19484 |

4

Appendix 1: List of Debtors' Pre-Petition Properties by Names, Claims and Role in Respective Plans

SRC Document 784943v2

Tammy Jo Long's ("TJL") Chapter 11 Case = 11-19484
Castle Home Builder's ("CHB") Chapter 11 Case=11-19428

| | Property Address | Name/ Nickname | Role in the Plans (If any) | Estimated Current Value (Non-binding initial estimate) | Related Mortgages, Mortgagees and Claims | To which Plan does the Property Relate? Who is the Title-Holder? Mortgagor? |
|---|---|---|---|---|---|---|
| 10 | 539 E. Congress, Savannah, Georgia | "Washington Square" or "Washington" or "Congress" | Will be operated by the Managing LLC; will be retitled by TJL to the Managing LLC<br><br>1 of the 7 Business Properties | $500,000 | Primary mortgage held by Chase Bank, See TJL Claim #13<br><br>HELOC mortgage held by BofA, See CHB Claim #12 misfiled/wrong case) | TJL's Plan<br><br>TJL is primary borrower/mortgagor and Title Holder<br><br>11-19484 |
| 11 | 709/711 Barnard Street, Savannah, Georgia | "Barnard" | *One of the four Insufficiently Profitable Properties to be returned to lender per Plan or separate motion practice prior to confirmation* | N/A | Primary Mortgage held by 1st DuPage / FDIC/ Midwest Bay View et. al., CHB Claim #5. | CHB's Plan<br><br>11-19428<br><br>CHB is primary borrower/mortgagor and Title Holder |

5

Appendix 1:    List of Debtors' Pre-Petition Properties by Names, Claims and Role in Respective Plans

SRC Document 784943v2

Tammy Jo Long's ("TJL") Chapter 11 Case = 11-19484
Castle Home Builder's ("CHB") Chapter 11 Case=11-19428

| | Property Address | Name/ Nickname | Role in the Plans (If any) | Estimated Current Value (Non-binding initial estimate) | Related Mortgages, Mortgagees and Claims | To which Plan does the Property Relate? Who is the Title-Holder? Mortgagor? |
|---|---|---|---|---|---|---|
| 12 | 509 Cass Avenue, Westmont, Illinois | "Cass Avenue" | *One of the four Insufficiently Profitable Properties already returned to lender* | N/A | N/A | N/A |
| | | | *Subtotal of value of CHB-owned properties retained under CHB Plan, but retitled to the Managing LLC* | $1,450,000.00 | | |
| | | | *Subtotal of value of TJL-owned properties retained under TJL Plan, but retitled to the Managing LLC* | $2,836,000.00 | | |
| | | | TOTAL | $4,286,000.00 | | |

6

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 11-19428 |
| | ) | |
| CASTLE HOME BUILDERS, INC., *et al.* | ) | Jointly Administered |
| | ) | |
| Tax ID No. xx-xxx1614 | ) | Chapter 11 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

# Appendix 2

David M. Giangrossi (Illinois Bar No. 3124350)
Stephen J. Brown (Illinois Bar No. 6257366)
Michael J. Faley (Illinois Bar No. 6277443
Schuyler, Roche & Crisham, P.C.
Legal Counsel to the Debtors
130 East Randolph Street, Suite 3800
Chicago, Illinois 60601
Tel:    (312) 565-2400
Fax:    (312) 565-8300
Attorney No. 47074

782726

Appendix 2: Illustration of New Corporate Structure

```
                        ┌─────────────────────────────────────┐
                        │  LUXURY LIVING PROPERTIES HOLDING   │
                        │        LLC = ("Holding LLC")        │
                        └─────────────────────────────────────┘
                              ↑ Membership         ↓ $
                              │ Interests          │
                        ┌─────────────┐
                        │ Investors,  │
                        │ Including   │
                        │    TJL      │
                        └─────────────┘

                                            ┌──────────────┐
                                            │ 100% Owner   │
                                            └──────────────┘

                                    ┌─────────────────────────┐
                                    │  LUXURY PROPERTIES LLC  │
                                    │    ("Managing LLC")     │
                                    │  An Illinois Series LLC │
                                    └─────────────────────────┘
                                    ↑ Management & Consulting Services
                                    ↓ Consulting Fees Paid Via Form 1099
                                    ┌─────────────────┐
                                    │  Tammy Jo Long  │
                                    │   Consulting    │
                                    │    Contract     │
                                    └─────────────────┘
```

Titles (to Managing LLC):
- Wedding Cake Mansion — Luxury Properties LLC
- Washington Square House — Luxury Properties LLC
- Jones Street Suites — Luxury Properties LLC
- Ocean View Paradise — Luxury Properties LLC
- Ocean View Retreat — Luxury Properties LLC
- Oceanfront Oasis — Luxury Properties LLC
- Captain's V[...] — Luxury Properties LLC

1. Title to properties held by Managing LLC, in series
2. Holding LLC owns 100% equity of Managing LLC
3. Holding LLC equity held by investors (initially TJL 100%)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 11-19428 |
| | ) | |
| CASTLE HOME BUILDERS, INC., *et al.* | ) | Jointly Administered |
| | ) | |
| Tax ID No. xx-xxx1614 | ) | Chapter 11 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

# Appendix 3

David M. Giangrossi (Illinois Bar No. 3124350)
Stephen J. Brown (Illinois Bar No. 6257366)
Michael J. Faley (Illinois Bar No. 6277443
Schuyler, Roche & Crisham, P.C.
Legal Counsel to the Debtors
130 East Randolph Street, Suite 3800
Chicago, Illinois 60601
Tel:   (312) 565-2400
Fax:   (312) 565-8300
Attorney No. 47074

782726

Appendix 3 // Table of Unsecured Claims in Proceedings **11-19484**

SRC Doc 775848

Tammy Jo Long's Plan of Reorganization

| Name of Creditor | Basis for Claim | Claims Register or Schedule | Amount of Undisputed Allowed Unsecured Claim | | Class 4 or Class 5 ? |
|---|---|---|---:|---|---|
| Capital 1 | Credit Card Claim | 11-19484 Claim # 3/11-19428 Claim # 1 | $ | 11,628.00 | Class 4 |
| Chase Bank | Credit Card Claim | 11-19484 Claim # 4 | $ | 531.00 | Class 4 |
| American Express | Credit Card Claim | 11-19484 Claim # 8 | $ | 17,089.00 | Class 4 |
| Nordstrums | Credit Card Claim | TJL Schedule F | $ | 1,000.00 | Class 5 |
| Suburban Radiol. | Medical Claim | TJL Schedule F | $ | 70.00 | Class 5 |
| Dale Calomeni | Professional Serv. | TJL Schedule F | $ | 3,744.00 | Class 4 |
| Adventist Hosp. | Medical Claim | TJL Schedule F | $ | 218.50 | Class 5 |
| BofA | 506(a) Unsecured | Class 2 / Class 4 / TJL Schedule D | $ | 1,132,000.00 | Class 4 |
| *Chase Bank* | *506(a) Unsecured* | *Class 1 / Class 4 / TJL Schedule D* | *$* | *615,219.00* \*\*\* | *Class 4* |
| COO | 506(a) Unsecured Deficiency | Class 3 / Class 4 / TJL Schedule D | $ | 870,000.00 | Class 5 |
| Ameris | Guaranteed by TJL | 11-19484 Claim # 9 | $ | 3,080,138.18 | Class 4 |
| | | **Total Unsecured Claims** | **$** | **5,731,637.68** | |
| | | Total Class 4 Unsecured | $ | 4,860,349.18 | |
| | | Total Class 5 Unsecured | $ | 871,288.50 | |
| | | totl. | $ | 5,731,637.68 | |

*\*\*\* Chase Unsecured Claim Forfeited in the Event Chase Makes 1111(b) Election (Except for two $53,000 HELOC Claims)*

Redundant Claims not listed

Current through October 31, 2012

All figures on this page are mere estimates, and subject to re-appraisal and future changes.
Debtors do not commit or promise to acknowledge unsecured claims in the above amounts.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 11-19428 |
| | ) | |
| CASTLE HOME BUILDERS, INC., *et al.* | ) | Jointly Administered |
| | ) | |
| Tax ID No. xx-xxx1614 | ) | Chapter 11 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

# Appendix 4

David M. Giangrossi (Illinois Bar No. 3124350)
Stephen J. Brown (Illinois Bar No. 6257366)
Michael J. Faley (Illinois Bar No. 6277443
Schuyler, Roche & Crisham, P.C.
Legal Counsel to the Debtors
130 East Randolph Street, Suite 3800
Chicago, Illinois 60601
Tel:    (312) 565-2400
Fax:    (312) 565-8300
Attorney No. 47074

# Appendix 4

| Docket Location | | Period ending | Starting Cash | Revenues for Period | Expenses/Disbursements for Period | Ending Cash | |
|---|---|---|---|---|---|---|---|
| Dkt. No. 40 | MOR #1 | ending May, 2011 | $ 39,259.96 | $ 54,212.09 | $ 31,467.56 | $ 62,004.49 | |
| Dkt. No. 63 | MOR#2 | ending June, 2011 | $ 62,004.49 | $ 79,050.76 | $ 72,300.42 | $ 68,754.83 | |
| Dkt. No. 80 | MOR#3 | ending July,2011 | $ 68,754.83 | $ 82,638.32 | $ 70,126.31 | $ 81,266.84 | |
| Dkt. No. 101 | MOR#4 | ending August, 2011 | $ 81,266.84 | $ 84,746.96 | $ 58,781.08 | $ 107,232.72 | |
| Dkt. No. 129 | MOR#5 | ending September, 2011 | $ 107,232.72 | $ 98,975.07 | $ 59,614.61 | $ 146,593.18 | |
| Dkt. No. 186 | MOR#6 | ending October, 2011 | $ 146,593.18 | $ 70,958.42 | $ 51,478.10 | $ 166,073.50 | |
| Dkt. No. 191 | MOR#7 | ending November, 2011 | $ 166,073.50 | $ 55,285.72 | $ 58,962.31 | $ 162,396.91 | |
| Dkt No. 198 | MOR#8 | ending December, 2011 | $ 162,396.91 | $ 59,096.04 | $ 58,438.65 | $ 163,054.30 | |
| Dkt. No. 207 | MOR#9 | ending January, 2012 | $ 163,054.30 | $ 97,515.13 | $ 111,527.75 | $ 149,247.35 | |
| Dkt. No. 211 | MOR#10 | ending February, 2012 | $ 149,247.35 | $ 1,114,000.32 | $ 1,203,608.69 | $ 58,735.97 | ** |
| Dkt. No. 214 | MOR#11 | ending March, 2012 | $ 58,735.97 | $ 93,908.16 | $ 102,368.78 | $ 55,599.31 | |
| Dkt. No. 220 | MOR#12 | ending April, 2012 | $ 55,599.31 | $ 103,994.32 | $ 104,446.69 | $ 55,146.94 | |
| Dkt. No. 226 | MOR#13 | ending May, 2012 | $ 55,146.94 | $ 82,934.80 | $85,421.94 | $ 52,659.80 | |
| Dkt. No. 236 | MOR#14 | ending June, 2012 | $ 52,659.80 | $ 57,690.45 | $ 96,093.85 | $ 14,256.40 | |
| Dkt. No. 243 | MOR#15 | ending July, 2012 | $ 14,256.40 | $ 100,687.15 | $ 89,390.19 | $ 25,553.36 | |
| Dkt. No. 247 | MOR#16 | ending August, 2012 | $ 25,553.36 | $ 110,492.16 | $ 106,275.16 | $ 29,770.36 | |
| Dkt. No. 253 | MOR#17 | ending September, 2012 | $ 29,770.36 | $ 91,057.14 | $ 93,864.37 | $ 26,963.13 | |

This Sheet at 771818

**Various extraordinary events occurred in February 2012, including a equity donation by a third-party benefactor and the payment of $1,000, 560 to Ameris Bank

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 11-19428 |
| | ) | |
| CASTLE HOME BUILDERS, INC., *et al.* | ) | Jointly Administered |
| | ) | |
| Tax ID No. xx-xxx1614 | ) | Chapter 11 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

# Appendix 5

David M. Giangrossi (Illinois Bar No. 3124350)
Stephen J. Brown (Illinois Bar No. 6257366)
Michael J. Faley (Illinois Bar No. 6277443
Schuyler, Roche & Crisham, P.C.
Legal Counsel to the Debtors
130 East Randolph Street, Suite 3800
Chicago, Illinois 60601
Tel:   (312) 565-2400
Fax:   (312) 565-8300
Attorney No. 47074

782726

## Appendix 5

| Payment Type and Due Date | Payment Amount | Payment Status | Total Paid to Date | Balance Remaining | Percentage of Payments Already Made |
|---|---|---|---|---|---|
| Up Front Balloon (2/17/12) | $ 980,000.00 | Already made | $ 980,000.00 | $ 490,560.46 | 66.641% |
| Tax Reimbursement (2/17/12) | $ 20,560.46 | Already made | $ 1,000,560.46 | $ 470,000.00 | 68.039% |
| First Monthly Payment (3/17/12) | $ 39,166.66 | Already made | $ 1,039,727.12 | $ 430,833.34 | 70.703% |
| Second Monthly Payment (4/17/12) | $ 39,166.66 | Already made | $ 1,078,893.78 | $ 391,666.68 | 73.366% |
| Third Monthly Payment (5/17/12) | $ 39,166.66 | Already made | $ 1,118,060.44 | $ 352,500.02 | 76.030% |
| Fourth Monthly Payment (6/17/12) | $ 39,166.66 | Already made | $ 1,157,227.10 | $ 313,333.36 | 78.693% |
| Fifth Monthly Payment (7/17/12) | $ 39,166.66 | Already made | $ 1,196,393.76 | $ 274,166.70 | 81.356% |
| Sixth Monthly Payment (8/17/12) | $ 39,166.66 | Already made | $ 1,235,560.42 | $ 235,000.04 | 84.020% |
| Seventh Monthly Payment (9/17/12) | $ 39,166.66 | Already made | $ 1,274,727.08 | $ 195,833.38 | 86.683% |
| Eighth Monthly Payment (10/17/12) | $ 39,166.66 | Already made | $ 1,313,893.74 | $ 156,666.72 | 89.346% |
| Ninth Monthly Payment (11/17/12) | $ 39,166.66 | Not yet due | $ 1,353,060.40 | $ 117,500.06 | 92.010% |
| Tenth Monthly Payment (12/17/12) | $ 39,166.66 | Not yet due | $ 1,392,227.06 | $ 78,333.40 | 94.673% |
| Eleventh Monthly Payment (1/17/2013) | $ 39,166.66 | Not yet due | $ 1,431,393.72 | $ 39,166.74 | 97.337% |
| Last Monthly Payment (2/17/2013) | $ 39,166.74 | Not yet due | $ 1,470,560.46 | $ (0.00) | 10000% |
| Total Payments | $ 1,470,560.46 | | | | |
| Total Payments Less Tax Reimbursement | $ 1,450,000.00 | | | | |

SRC Document 781057

***** Last payment contains extra clean-up amount of 8 cents to correct for rounding imprecision.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 11-19428 |
| | ) | |
| CASTLE HOME BUILDERS, INC., *et al.* | ) | Jointly Administered |
| | ) | |
| Tax ID No. xx-xxx1614 | ) | Chapter 11 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

# Appendix 6

David M. Giangrossi (Illinois Bar No. 3124350)
Stephen J. Brown (Illinois Bar No. 6257366)
Michael J. Faley (Illinois Bar No. 6277443)
Schuyler, Roche & Crisham, P.C.
Legal Counsel to the Debtors
130 East Randolph Street, Suite 3800
Chicago, Illinois 60601
Tel:   (312) 565-2400
Fax:   (312) 565-8300
Attorney No. 47074

782726

CASTLE HOME BUILDERS MARKETING PLAN FOR REVENUE DEVELOPMENT

| Initiative | Problem Addressed | Business Strategy for Improvement | Specific Action Items to Be Taken | Potential Additonal Revenues | Potential Revenue Impact |
|---|---|---|---|---|---|
| 1 | Midweek Shortfall in Revenues and over dependence on weekend business | Develop packages and products that are attractive to midweek demographic | 1) Develop corporate packages featuring all week use; 2) Approach largest Savannah area businesses to ensure that they are aware of availability of products for visiting business associates; 3) Approach AARP to ensure senior market is not ignored; 4) Approach Savannah Area Economic Development Association (SEDA); 5) Approach United Way and Red Cross to inquire as to use of Wedding Cake for Board Meetings | Utilizing just two of the 13 rental units, such as the Wedding Cake Mansion and the Washington Square House one more day a week during mid week shortfall days could increase revenues by $88,400. Increasing each of the 11 additional properties by one day a week could increase revenues significantly. So conservatively, I could increase annual revenues by $100,000 by simply increasing rentals by one more day a week. | $100,000 |
| 2 | Off-season occupancy percentages can be improved. Off season consisted of: Winter on Tybee and Summer/Winter in Savannah | Advertise and market to target groups that travel in our slow seasons | 1) Summer Family Vacation Packages for Savannah; 2) Summer/Winter Family Reunions for Savannah; 3) Girl Get-a-Ways for Savannah and Tybee off seasons; 4) Gay & Lesbian Travel/Vacation Groups for Savannah off season; 5) Target cold weather markets "snow birds for increased winter monthly rentals (e.g. Canada, Minnesota, Chicago); 6) Groupon Marketing Campaign. Joint Venture with Luxurylink.com travel auction website; 7) E-News letters to my customer database (4,000+ customers) with off season promotions. | Renting each Tybee property one month in the winter would generate: $16,000. Renting each Savannah property one extra week a year in off season would generate $25,000. | $41,000 |
| 3 | Under market rates on select properties | Research Market for potential increases by property by location | 1) Raise the ADR on Wedding Cake Mansion $100/night. 2) Raise ADR on Washington Square House $100/night. 3) Raise ADR on Oasis, and Penthouse on Tybee Island for 2013 high season. amount TBD. | | $12,000 |

## CASTLE HOME BUILDERS MARKETING PLAN FOR REVENUE DEVELOPMENT

| Initiative | Problem Addressed | Business Strategy for Improvement | Specific Action Items to Be Taken | Potential Additonal Revenues | Potential Revenue Impact |
|---|---|---|---|---|---|
| 4 | Potential growth areas untapped | 1) Represent other vacation rental owners for a 25% commission with no additional over head required; 2) Rent high end vacant homes on market for sale from owners to add to my portofolio; 3) Luxury Living Chicago. | 1) Pro Actively solicit owners of Savannah/Tybee vacation rentals to market and book for a 25% commission. Added one Tybee condo in May, 2012 which is estimated to bring in $8,000 it's first 6 months. 2) Reach out to Savannah realtors to find high end properties that have been sitting on the market for sale. Owners may be interested in renting on a yearly lease for me to add to my portfolio. Example: Rent a 2 bedroom Savannah condo for $1500/month. My average 2 bedroom Savannah condo brings in $62,000/year. Potential of $40,000 gross revenue. I have an investor interested in purchasing property in Chicago to partner in the creation of Luxury Living Chicago. We already own the URL and have an active website. | Conservative projections: Add 2 Tybee condos: $20,000. Add 1 Savannah representation at 25% commission: $10,000. Add one 2 bedroom annually leased property to roll into portfolio, $25,000. | $55,000 |
| 5 | No PR/Marketing in the past year due to bankrupty | Elevate image and increase revenues | 1) Analyze our website traffic by geography and do targeting advertising/marketing; 2) Search Engine Optimization; 3) Analyze our reservation system's historic bookings by state and do targeted marketing to these states; 4) Send quarterly news letters to our data base of 4000+ customers offering discounts for return visits and referring customers; 5) TJL to prepare Quarterly Press Releases and put out on the wire through PR WEB.com vs hiring PR agency; 6) Chicago PR/Marketing; TJL is local; It is practical; Non-stop flights from ORD to SAV: 7) Sponsor baseball teams, raffles, affluent school auctions; 8) Chicago Women's networking organizations; 9) More involved in Savannah organizations: Historic Savannah Foundation, Telfair, Savannah Music Festival, Savannah Jazz and Film Festival, etc; 10) Approach Savannah Wedding and Event Planners. | Unknown | |

This Spreadsheet sets forth an analysis of potential projects to increase Debtors' Revenues.
It is submitted with the Plan of Reorganization to demonstrate the availability of revenue increasing measures.
Debtors have NOT assumed that any of the above revenues will actually be realized in their Plan of Reorganization.

Debtors' Plan of Reorganization Does NOT Rely on any of the potential new revenue described above to forecast cash flows.