UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>CASTLE HOME BUILDERS, INC., ET AL.<br><br>Debtor(s) | BK No.: 11-19428<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Jacqueline Cox |

### ORDER GRANTING DEBTOR'S MOTION FOR FINAL DECREE

This Cause coming on to be heard upon the Debtor's Motion for Final Decree, and the Court being fully advised in the premises, it is hereby ordered:

1. The Debtor's Motion for Final Decree is granted, and the jointly administered proceedings are hereby closed, Case Numbers 11-19428 and 11-19484.

2. This Court retains subject matter jurisdiction over all matters that would be within its subject matter jurisdiction if the proceedings were not hereby closed.

Enter:

*[signature]*
United States Bankruptcy Judge

Dated: 3/12/15

**Prepared by:**
SCHUYLER, ROCHE & CRISHAM, P.C.
Stephen J. Brown, ARDC #6257366
Michael J. Faley, ARDC #6277443
Attorneys for Reorganized Debtors
180 N. Stetson Avenue, Suite 3700
Chicago, Illinois 60601
Tel: (312) 565-2400 / Fax: (312) 565-8300
Attorney No. 47074